UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### SETTLEMENT CONFERENCE MINUTES

| **Date:** 2/15/2022 | **Time:** 11:00am - 11:06am | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 21-cv-06445-JD | **Case Name:** Whitaker v. Kharsa | |

**For Plaintiff(s):**
No Appearance

**For Defendant(s):**
No Appearance

**Deputy Clerk:** William F. Tabunut          **Not Reported**

### PROCEEDINGS

The parties did not appear on the call. The parties are directed to contact Judge Westmore's courtroom deputy to re-schedule the call.