CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>        Plaintiff,<br><br>    v.<br><br>**Mazen Kharsa;**<br>**Miguel A. Mejia**<br><br>        Defendants. | **Case No.:** 3:21-cv-06445-TLT<br><br>**Notice of Indication of Compliance** |

**TO THE COURT AND ALL PARTIES:**

Since Plaintiff's prefiling investigation, Plaintiff reinvestigated the condition of the dining surfaces at the subject property and determined that the market has brought its dining tables into compliance with the ADA. As Plaintiff must face a "real and immediate threat of repeated injury" to establish standing for injunctive relief,[1] Plaintiff is satisfied his claim for injunctive relief has been rendered moot by Defendants' remediation.

Plaintiff asserts no objection to the Court declining to exercise supplemental jurisdiction over his state law claims based on the foregoing.

---

[1] Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 946 (9th Cir. 2011).

| | |
|---|---|
| Respectfully submitted, | |
| Dated: September 19, 2022 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Christopher A. Seabock |
| | Christopher A. Seabock |
| | Attorneys for Plaintiff |