UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>    v.<br><br>MAZEN KHARSA, et al.,<br><br>            Defendants. | Case No.  21-cv-06445-TLT<br><br>**ORDER DISMISSING ADA CLAIM WITHOUT PREJUDICE AND DECLINING SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM; JUDGMENT**<br><br>Re: Dkt. No. 30 |

Plaintiff has filed an indication of mootness of his Americans with Disabilities Act ("ADA") claim for injunctive relief. (Dkt. No. 30.) Plaintiff also indicates that he has no objection to the Court declining supplemental jurisdiction over his remaining Unruh Act claim. *Id.*

Accordingly, Plaintiff's ADA claim is DISMISSED without prejudice. With no objection from Plaintiff, the Court DECLINES supplemental jurisdiction over the remaining Unruh Act claim, which is DISMISSED without prejudice. *See* 28 USC § 1367(c)(3).

Because all claims have been dismissed without prejudice, it is hereby ordered and adjudged that Plaintiff shall take nothing by this action and that Judgment is entered for Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 11, 2022

TRINA L. THOMPSON
United States District Judge